AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 23-MJ-11127 |
| LEON HAYNES | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   LEON HAYNES                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint *AME*
☐ Probation Violation Petition     ~~☑ Supervised Release Violation Petition~~ *AME*     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Title 26, United States Code, Section 7206(2) (Aiding and Assisting in Filing False Tax Returns); Title 18, United States Code, Section 1341 (mail fraud);

Date:    07/28/2023

*André M. Espinosa*
Issuing officer's signature

City and state:   Newark, New Jersey

Hon. André M. Espinosa
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 07/28/23, and the person was arrested on *(date)* 07/31/23
at *(city and state)* ORADELL, NJ

Date: 07/31/23

*Arresting officer's signature*

Michael P. Cancelliere
*Printed name and title*