UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. ANDRÉ M. ESPINOSA |
| v. | : | Mag. No. 23-11127 |
| LEON HAYNES | : | **ORDER FOR CONTINUANCE** |

1. This matter came before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (Fatime Meka Cano, Assistant U.S. Attorney, appearing), and defendant Leon Haynes (Michael Thomas,Esq., appearing), for an order granting a 60-day continuance under 18 U.S.C. § 3161(h)(7)(A).

2. This Court granted one § 3161(h)(7)(A) continuances previously in this case.

3. Counsel for the parties represented that this additional continuance is necessary for effective preparation and to permit the parties to attempt to resolve this case prior to indictment and thereby avoid a trial.

4. Counsel for the United States also represented that this additional continuance is necessary to prevent any more non-excludable days under § 3161(h) from expiring.

5. The defendant knows that he has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after his arrest.

6. The defendant, through counsel, has consented to this continuance.

- 2 -

7. FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

    a. The charges in this case result from a lengthy investigation, and both the United States and the defendant desire time to discuss the matter, and any possible negotiations of a plea agreement, which would render grand jury proceedings and a trial in this matter unnecessary.

    b. Despite the exercise of diligence, therefore, the circumstances of this case require giving the parties a reasonable amount of additional time for effective preparation.

    c. Consequently, the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued for a period of 60 days from September 27, 2023, through November 30, 2023; and it is further

ORDERED that the period from September 27, 2023, through November 30, 2023, shall be excluded in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

- 3 -

S/ANDRÉ M. ESPINOSA

HON. ANDRÉ M. ESPINOSA
United States Magistrate Judge

Dated: October 2,     2023]

Form and entry consented to:

*Fatime Meka Cano*
_____
Fatime Meka Cano
Assistant U.S. Attorney


/s/ Michael Alexander Thomas
_____
Michael Alexander Thomas, Esq.
Counsel for Leon Haynes